| | |
|---|---|
| US DISTRICT COURT, GUNNISON, COLORADO<br>400 Rood Avenue, Suite 310<br>Grand Junction, Colorado 81501 | |
| The People of the United States,<br>Plaintiff,<br><br>v.<br><br>Gabrielle Weidemueller,<br>Defendant. | |
| | Δ COURT USE ONLY Δ |
| Heidi Anderson, Atty. Reg. # 31690<br>Reliance Legal Services, LLC<br>5400 Ward Rd. Bldg. V, Suite 200<br>Arvada, Colorado 80002<br>Telephone: (303) 495-5218<br>Facsimile: (303) 422-1651<br>E-Mail: heidi@reliance-legal.com | Case No.: ~~P-0412102~~ *CRIMINAL*<br>07-po-01195-GJR<br><br>Div./Ctrm.: __ |

**ORDER: MOTION TO APPEAR AT ARRAIGNMENT HEARING BY TELEPHONE**

THIS MATTER having come before the Court on the Attorney's **MOTION TO APPEAR AT ARRAIGNMENT HEARING BY TELEPHONE**, the Court hereby:

[✓]   Grants Attorney's motion.   *Counsel shall call 970-641-3500 Gunnison County Courthouse for courtroom phone number.*

[ ]   Denies Attorney's motion.

[ ]   Sets the Attorney's motion for a hearing on the _____ day of _____, 2007, at _____.

DONE this  11th  day of  October , 2007.

BY THE COURT:

*[signature]*
US ~~District Court Judge~~ *Magistrate Judge*