| | |
|---|---|
| US DISTRICT COURT, GUNNISON, COLORADO<br>400 Rood Avenue, Suite 310<br>Grand Junction, Colorado 81501 | |
| The People of the United States,<br>Plaintiff,<br><br>v.<br><br>Gabrielle Weidemueller,<br>Defendant. | ▲ COURT USE ONLY ▲ |
| Heidi Anderson, Atty. Reg. # 31690<br>Reliance Legal Services, LLC<br>5400 Ward Rd. Bldg. V, Suite 200<br>Arvada, Colorado 80002<br>Telephone: (303) 495-5218<br>Facsimile: (303) 422-1651<br>E-Mail: heidi@reliance-legal.com | Case No.:<br>  07-po-01195-GJR<br><br>Div./Ctrm.: __ |
| ORDER:   NOTICE OF DISPOSITION | |

THIS MATTER having come before the Court on the Attorney's NOTICE OF DISPOSITION, the Court hereby:

[✓]  Grants Attorney's motion.

[ ]  Denies Attorney's motion.

[✓]  Sets the ~~Attorney's motion for a hearing on the~~ Matter for entry of plea 4th day of December 2007, at 1:00 PM.

DONE this 5th day of November, 2007.

BY THE COURT:

_Gudrun Rice_
US ~~District Court~~ Judge
Magistrate