IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Criminal Action No. 07-po-01195-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GABRIELLE E. WEIDEMUELLER,

    Defendant.

---

## SENTENCING ORDER

---

IT IS ORDERED that, the Defendant satisfactorily complete a Level II Alcohol education class by October 15, 2008 with verification to be provided to the Court by October 15, 2008.

IT IS FURTHER ORDERED that, the Defendant complete 30 hours of useful public service, prior to relocation from the State of Colorado, in any event no later than May 15, 2008 with verification of completion to be provided to the Court by May 15, 2008.

Dated this 21st day of April, 2008.

                                      BY THE COURT:

                                      _____
                                      Gudrun J. Rice
                                      United States Magistrate Judge